IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PARIS FULTON,** | : | |
| Petitioner | : | No. 1:24-cv-01691 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN RICKARD, FCI SCHUYLKILL,** | : | |
| | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 17th day of June 2025, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Paris Fulton (Doc. No. 6) and Respondent's response in opposition to the petition (Doc. No. 10), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. No. 6) is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania